IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CALVIN ONEAL BURTON                                                                           PLAINTIFF

      v.                        Civil No. 4:10-cv-04006

SHERIFF JERRY CRANE,
Hempstead County, Arkansas;
CHIEF DEPUTY JAMES SINGLETON,
Hempstead County Detention Center;
ASST. JAIL ADMINISTRATOR
STEPHEN GLOVER, Hempstead County
Detention Center; DEPUTY BRANDON
SMITH, Shift Supervisor, Hempstead
County Detention Center; and NURSE
LORI, Hempstead County Detention Center                                                       DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion, the Defendants' motion to dismiss (Doc. 21) is granted and this case dismissed.

IT IS SO ORDERED this 30th day of November 2010.

                                                    /s/ Barry A. Bryant
                                                   HON. BARRY A. BRYANT
                                                   UNITED STATES MAGISTRATE JUDGE